UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ-BARRIGA,<br><br>                                 Petitioner,<br><br>v.<br><br><br>MARKWAYNE MULLIN;<br>CHRISTOPHER LaROSE; GREGORY<br>ARCHAMBEAULT; TODD M. LYONS,<br>TODD BLANCHE; IMMIGRATION<br>AND CUSTOMS ENFORCEMENT; and<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>                                 Respondents. | Case No.: 3:26-cv-2962-JES-DEB<br><br>**ORDER GRANTING BOND<br>HEARING**<br><br><br>**[ECF No. 1]** |

Before the Court is Petitioner David Diaz-Barriga's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In their return, Respondents acknowledge that prior orders from this district have directed bond hearings in similar cases and that Respondents do not oppose a bond hearing.

//

//

1

3:26-cv-2553-JES-DEB

Accordingly, the Court **GRANTS** the petition as follows:

(1)   The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order. At the hearing, Respondents must provide Petitioner with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2)   Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 19, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-2553-JES-DEB